### 10904. GOEN *v.* THE STATE.

BROYLES, C. J. 1. A special ground of a motion for a new trial must be
complete within itself. The 2d special ground of the motion for a
new trial in the instant case is as follows: "2. Because the court failed to
charge the law of circumstantial evidence." In this ground it is not
even alleged that the defendant's conviction depended wholly upon
circumstantial evidence; consequently the ground can not be con-
sidered.

2. The evidence failed to show definitely how recent was the possession
of the stolen property. It does, however, appear from the record that
the goods were stolen in September, 1918, and that the defendant was
indicted in January, 1919. The defendant's conviction, however, did
not depend entirely upon his recent possession of the stolen goods, but
the evidence showed other incriminatory facts, and therefore the defend-
ant's conviction was not contrary to the following ruling in *Calloway*
v. *State,* 111 *Ga.* 832 (36 S. E. 63), cited by counsel for the plaintiff
in error: "While recent possession of stolen goods unexplained will
justify a conviction for larceny, the mere possession of goods several
months subsequent to the time they were alleged to have been stolen
and the failure to satisfactorily account for such possession will not
*alone* authorize a conviction." (Italics ours.)

3. The verdict was authorized by the evidence, and the court did not err
in overruling the motion for a new trial.

                *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
                        DECIDED NOVEMBER 5, 1919.

Indictment for larceny from house; from Spalding superior
court—Judge Searcy. August 4, 1919.

*C. L. Redman,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.